# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

SAAD OSMAN,

       **Petitioner,**

       v.

DALE J. SCHMIDT,
**in his official capacity as Sheriff
of Dodge County, Wisconsin**

       **Respondent.**

**Case No. 25-CV-0286**

---

## ORDER GRANTING TEMPORARY RESTRAINING ORDER IN PART

---

Saad Osman brought this action against Dodge County Sheriff Dale J. Schmidt, seeking a temporary restraining order to enjoin the United States Immigration and Customs Enforcement from detention and deportation of Osman pending resolution of Osman's habeas corpus petition.

Osman's motion for a temporary restraining order barring his deportation is GRANTED. Respondent is enjoined from deporting Osman pending resolution of Osman's habeas corpus petition.

Osman's motion for a temporary restraining order ordering his release is DENIED. Osman will remain in detention. If the government learns of ICE's intention to move or deport Osman, Respondent shall notify Osman and the court with at least 72 hours' notice.

1

IT IS FURTHER ORDERED that Respondent will file a response to Osman's habeas corpus petition by March 6, 2025. Further scheduling will be issued by the court pending receipt of Respondent's response.

SO ORDERED this 28th day of February, 2025.

s/ Byron B. Conway
Byron B. Conway
United States District Judge